**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6575**

ROBERT MORRIS COCHRAN, a/k/a Michael The
Archangel,

                                    Plaintiff - Appellant,

        versus

JESSE BROWN, Secretary of Veteran Affairs;
MICHAEL BOSWORTH, Assistant District Counsel;
UNITED STATES OF AMERICA,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge.  (CA-96-70-5-H)

Submitted:  October 15, 1996       Decided:  December 24, 1996

Before HALL and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Morris Cochran, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Morris Cochran, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record, and we conclude that the district court's dismissal of Cochran's complaint as frivolous was not an abuse of its discretion. Accordingly, we affirm on the reasoning of the district court. Cochran v. Brown, No. CA-96-70-5-H (E.D.N.C. Mar. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2